**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| AMERICAN PATENTS LLC, | CIVIL ACTION NO. 6:21-cv-742-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| POLYCOM, INC. D/B/A POLYCOM ENTERPRISES, INC., AND PLANTRONICS, INC., | |
| Defendants. | |

**JOINT MOTION TO DISMISS THE POLYCOM DEFENDANTS**

WHEREAS, Plaintiff American Patents LLC ("American") and Defendants Polycom,

Inc. d/b/a Polycom Enterprises, Inc. and Plantronics, Inc. (collectively, "the Polycom

Defendants") have resolved American's claims for relief against the Polycom Defendants in this

case.

NOW, THEREFORE, American and the Polycom Defendants, through their attorneys of

record, request this Court to dismiss all claims asserted by American against the Polycom

Defendants in this case with prejudice, with each party to bear their own attorneys' fees, costs of

court, and expenses.

Dated: December 20, 2021                    Respectfully submitted,

                                            /s/ Zachariah S. Harrington
                                            Matthew J. Antonelli
                                            Texas Bar No. 24068432
                                            matt@ahtlawfirm.com
                                            Zachariah S. Harrington
                                            Texas Bar No. 24057886
                                            zac@ahtlawfirm.com

Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*


/s/ *Katherine Vidal*
Katherine Vidal (*pro hac vice*)
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
(650) 858-6500
Fax: (650) 858-6550
Email: kvidal@winston.com

M. Brett Johnson
Texas Bar No. 790975
WINSTON & STRAWN LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Tel. (214) 453-6500
Fax (214) 453-6400
mbjohnson@winston.com

1

Samantha M. Lerner (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive, Ste. 4100
Chicago, IL 60601
(312) 558-5600
Fax: (312) 558-5700
Email: slerner@winston.com

David P. Dalke (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
(213) 615-1700
Fax: (213) 615-1750
Email: ddalke@winston.com

*Attorneys for Defendants*
*Polycom, Inc., and Plantronics, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 20, 2021.

*/s/Zachariah S. Harrington*
Zachariah S. Harrington